UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
MOHAMMAD ALI IKRAM, individually and on :
behalf of all others similarly            :
situated,                                 :        24cv9973(DLC)
                            Plaintiff,    :
                                          :            ORDER
            -v-                           :
                                          :
APPLIED THERAPEUTICS, INC., et al.        :
                                          :
                            Defendants.   :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

      On January 7, 2025, this case was accepted as related to

Alexandru v. Applied Therapeutics, Inc., et al. (24cv9715)

("Alexandru Action").  An Order of December 20, 2024 in the

Alexandru Action set a schedule for the appointment of lead

plaintiffs ("Alexandru Scheduling Order").  Accordingly, it is

hereby

      ORDERED that the plaintiff in this action shall be bound by

the Alexandru Scheduling Order.  Members of the purported class

therefore have until **February 18, 2025** to move the Court to

serve as lead plaintiffs.

      IT IS FURTHER ORDERED that the defendants' deadline to

respond to the complaint is adjourned until after the

appointment of lead plaintiffs.

Dated:    New York, New York
          January 14, 2025

                                        _____
                                               DENISE COTE
                                        United States District Judge